# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 6D2025-0374
Lower Tribunal No. 2020-DP-000026

———————————————————

O.P., A.P., and E.P.,

Appellants,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

———————————————————

Appeal from the Circuit Court for Highlands County.
David V. Ward, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Stephen Senn, of Peterson & Myers, P.A., of Lakeland, and Robin L. Rosenberg and C. Christine Smith, of Florida's Children First, Boca Raton, for Appellants.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, of Bradenton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED